No. CR 07 00429 JW HRL

# UNITED STATES DISTRICT COURT

FILED
2007 JUL 11 P 2:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

### *SAN JOSE DIVISION*

**THE UNITED STATES OF AMERICA**

***vs.***

FERNANDO CARRASCO-RIVERA
a/k/a Victor Garcia, a/k/a Victor Pedro Garcia

# INDICTMENT

Count One: Title 18, United States Code, Section 911 - False Claim of United States Citizenship.

Count Two: Title 18, United States Code, Section 1028(a)(7)- Fraud and Related Activity In Connection With Identification Documents.

***A true bill.***

______________________
***Foreperson***

***Filed in open court this*** 11th ***day of*** July

***A.D. 2007***

______________________
UNITED STATES MAGISTRATE JUDGE

NO PROCESS REQUIRED

***Bail. $*** ____________

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-FILING

FILED

2007 JUL 11 P 2:48

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FERNANDO CARRASCO-RIVERA,
a/k/a Victor Garcia,
a/k/a Victor Pedro Garcia,

Defendant.

No. CR 07 00429 JW HRL

VIOLATIONS: 18 U.S.C. § 911 – False Claim Of United States Citizenship; 18 U.S.C. § 1028(a)(7) – Fraud And Related Activity In Connection With Identification Documents

SAN JOSE VENUE

# INDICTMENT

The Grand Jury charges:

COUNT ONE: [18 U.S.C. § 911 - False Claim Of United States Citizenship]

On or about and between March 29, 2007 and May 1, 2007, in the Northern District of California, and elsewhere, the defendant

FERNANDO CARRASCO-RIVERA,
a/k/a Victor Garcia,
a/k/a Victor Pedro Garcia,

did falsely and willfully represent himself to be a citizen of the United States; in violation of Title 18, United States Code, Section 911.

COUNT TWO: [18 U.S.C. § 1028(a)(7) - Fraud And Related Activity In Connection With Identification Documents]

On or about and between March 29, 2007 and May 1, 2007, in the Northern District of California, and elsewhere, the defendant

FERNANDO CARRASCO-RIVERA,
a/k/a Victor Garcia,
a/k/a Victor Pedro Garcia,

did knowingly possess and use, without lawful authority, a means of identification of another person with intent to commit a violation of Federal law; to wit possessing and using a unauthorized Social Security card (#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) in connection with a false claim of U.S. citizenship, as charged in Count One of this Indictment; all in violation of Title 18, United States Code, Section 1028(a)(7).

A TRUE BILL.

Date: 11-Jul-2007

Grand Jury Foreperson

SCOTT N. SCHOOLS
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: ________)
AUSA Singh

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

E-FILING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

FILED
2007 JUL 11 P 2:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PENALTY:

SEE ATTACHMENT

**DEFENDANT - U.S.**

FERNANDO CARRASCO-RIVERA

DISTRICT COURT NUMBER

CR 07 00429 JW HRL

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

S/A Jim Mollison-CBPEO.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): CARLOS SINGH

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

UNITED STATES OF AMERICA
v.
FERNANDO CARRASCO-RIVERA
a/k/a Victor Garcia, a/k/a Victor Pedro Garcia

**ATTACHMENT TO PENALTY SHEET**

Count One: Title 18, United States Code, Section 911 - False Claim of United States Citizenship.

3 years imprisonment
$250,000 Fine
3 years of supervised release
$100 special assessment

Count Two: Title 18, United States Code, Section 1028(a)(7)- Fraud and Related Activity In Connection With Identification Documents.

20 years imprisonment
$250,000 Fine
3 years of supervised release
$100 special assessment