UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  9/17/2007**  **Court Reporter: Irene Rodriguez**
**Case No: CR-07-0429 JW**  **U.S. Probation Officer: N/A**
**Interpreter:   N/A**

## TITLE

U.S.A. v. Fernando Carrasco-Rivera ( C)

**Attorney(s) for Plaintiff(s): Carlos Singh**
**Attorney(s) for Defendant(s): Cynthia Lie**

## PROCEEDINGS

**Status/Trial Setting Hearing**

## ORDER AFTER HEARING

**Hearing Held.  Defendant Carrasco-Rivera present and in custody for proceedings.  The Court continued this matter to 10/15/2007 at 1:30 PM for Trial Setting.  Time is excluded from 9/17/2007 to 10/15/2007 for efforts to resolve this case short of trial.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: