UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 10/15/2007
**Case No:** CR 07-0429 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Fernando Carrasco-Rivera ( C)

**Attorney(s) for Plaintiff(s):** Carlos Singh
**Attorney(s) for Defendant(s):** Cynthia Lie

## PROCEEDINGS

Status re Trial Setting Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court continued this matter to 11/5/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 10/15/2007 to 11/5/2007 for effective preparation of counsel and in the interest of justice.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: