# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**_*E-FILED*_**

### CRIMINAL MINUTES

**Judge: James Ware**                    **Courtroom Deputy: Elizabeth Garcia**
**Date:  11/5/2007**                     **Court Reporter: Irene Rodriguez**
**Case No: CR- 07-0429 JW**              **U.S. Probation Officer: N/A**
                                         **Interpreter:   N/A**

### TITLE

**U.S.A. v.  Fernando Carrasco-Rivera ( C)**

**Attorney(s) for Plaintiff(s): Gary Fry for Carlos Singh**
**Attorney(s) for Defendant(s): Cynthia Lie**

### PROCEEDINGS

**Status re Setting/Disposition**

### ORDER AFTER HEARING

**Hearing Held.  Defendant Carrasco-Rivera present and in custody for proceedings.  The Court continued this matter to December 10, 2007 at 1:30 PM for Setting/Disposition.  The Court notes this the parties' last continuance.  Time is excluded from November 5, 2007 through December 10, 2007.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: