SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 DEC 17 P 1: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VICTOR GARCIA, )<br>  a/k/a Victor Pedro Garcia, )<br>  a/k/a Fernando Carrasco Rivera, )<br>)<br>Defendant. )<br>) | No. CR-07-00429-JW<br><br>VIOLATION: 18 U.S.C. § 1028(a)(7) –<br>Fraud And Related Activity In Connection<br>With Identification Documents<br><br>SAN JOSE VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE:   [18 U.S.C. § 1028(a)(7) - Fraud And Related Activity In Connection With Identification Documents]

On or about and between March 29, 2007 and May 1, 2007, in the Northern District of California, and elsewhere, the defendant,

VICTOR GARCIA,
a/k/a Victor Pedro Garcia,
a/k/a Fernando Carrasco Rivera,

did knowingly possess and use, without lawful authority, a means of identification of another person with intent to commit a violation of Federal law; to wit possessing and using a

SUPERSEDING INFORMATION                                                                                                1

1  unauthorized Social Security card (#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) in connection with an unlawful activity in
2  violation of federal law; that is, a violation of 18 U.S.C. § 1001.
3      All in violation of Title 18, United States Code, Section 1028(a)(7).
4
5
6  SCOTT N. SCHOOLS
   United States Attorney
7
8  DATED: 12/17/07
                        MATTHEW A. PARRELLA
9                          Chief, San Jose Branch Office
10
11 (Approved as to form: _____)
                 AUSA Singh

SUPERSEDING INFORMATION                                           2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

FILED 2007 DEC 17 P 1:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. CA.

---- OFFENSE CHARGED ----

COUNT ONE: 18 United States Code Section 1028(a)(7) - Fraud and Related Activity in Connection with Identification Documents

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 years imprisonment
$250,000 fine
5 years supervised release
$100.00 special assessment

---- DEFENDANT - U.S. ----

▶ VICTOR GARCIA

DISTRICT COURT NUMBER
CR 07-00429

---- PROCEEDING ----

Name of Complainant Agency, or Person (&Title, if any)
S/A Jim Mollison-CBPEO

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70362 PVT

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   CARLOS SINGH

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: Defendat will appear voluntarily for arraignment on 09/27/07 before Magistrate Patricia v. Trumbull.