UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 12/17/2007  
**Case No:** CR-07-0429 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Victor Rodriguez-Garcia (Fernando Carrasco-Rivera) ( C)

**Attorney(s) for Plaintiff(s):** Carlos Singh  
**Attorney(s) for Defendant(s):** Cynthia Lie  

## PROCEEDINGS

1. Disposition
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. The Defendant stated the his true name is Victor Rodriguez-Garcia. The Defendant plead guilty as to Count One (1) of the superseding information. A plea agreement was executed in open court. The Defendant waived referral to the Probation office for preparation of a presentence investigation report. The Court proceeded to immediate sentencing. The Defendant was sentenced to Count One (1) of the Superseding Information. The Defendant is committed to twelve (12) months and one (1) day BOP custody; one (1) year supervised release under the standard and Court imposed special condition of no illegal reentry; $100 special assessment.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed/C. Escolano**  
CC: